# United States Court of Appeals
## For the First Circuit

Nos. 07-2806
    07-2821

EMHART INDUSTRIES, INC.,

Plaintiff-Appellee, Cross-Appellant,

v.

CENTURY INDEMNITY COMPANY, as an indirect successor to
Insurance Company of North America,

Defendant-Appellant, Cross-Appellee,

HOME INSURANCE COMPANY; NORTH RIVER INSURANCE CO.;
ONEBEACON AMERICA INSURANCE COMPANY; US FIRE INSURANCE CO.,

Defendants, Cross-Appellees,

LIBERTY MUTUAL INSURANCE COMPANY,

Defendant.

**ERRATA SHEET**

The opinion of this Court issued on March 13, 2009, is amended as follows:

On p. 23, footnote 1, line 10:  Add the word "test" after the word "pleadings"

On p. 46, line 7:  Replace the word "Emhart's" with "Century's" to read "Century's failure ..."